IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–21–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TODD WILLIAM WEIDLER, | |
| Defendant. | |

United States Magistrate Judge Kathleen L. DeSoto entered her Findings and Recommendation Concerning Plea on January 5, 2021.  (Doc. 54.)  As neither party objected, they are not entitled to de novo review of the record.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommends that the Court accept Todd William Weidler's guilty plea after Weidler appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiracy to possess

with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, as

charged in Count I of the Indictment.  (Doc. 1.)

Finding no clear error, IT IS ORDERED that the Court ADOPTS the

Findings and Recommendation (Doc. 54) IN FULL.

IT IS FURTHER ORDERED that Todd William Weidler's motion to

change plea (Doc. 44) is GRANTED, and Todd William Weidler is adjudged

guilty as charged in Count I of the Indictment.

DATED this 20th day of January, 2021.

Dana L. Christensen, District Judge
United States District Court